IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Veronika Tvrdy,<br><br>                         Petitioner,<br><br>vs.<br><br>Pavel Tvrdy,<br><br>                         Respondent. | Civil Action No. 5:20-cv-48-FL<br><br>**ORDER** |

In light of the agreement of Respondent Pavel Tvrdy to return Child to the Czech Republic on Friday, February 21, 2020 for the purpose of the Czech Republic judicial system to adjudicate the parental rights, including custody, of Child, between Petitioner Veronika Tvrdy ("Mother") and Respondent Pavel Tvrdy ("Father"), it is hereby **ORDERED** that:

A. The minor child, P.L.T. (the "Child") shall travel to the Czech Republic with Father on February 21, 2020. The Court rescinds its Temporary Order and Rule to Show Cause (ECF No. 11) to the extent that it prohibits Father (or those working on his behalf) from traveling to the Czech Republic with the Child on the above-referenced date. However, prior to said travel on or before February 21, 2020, the Temporary Order and Rule to Show Cause (ECF No. 11) shall remain in full force and effect.

B. The Court's Temporary Order and Rule to Show Cause prohibiting the removal of the Child from this jurisdiction with respect to Father (ECF No. 11) shall, except as modified in paragraph A, stay in full force and effect until this action is dismissed by consent of the parties as set forth in paragraph E.

C.  To the extent that the parties and/or Child have been placed on any "no-fly" list based on the allegations contained in the Complaint or the orders of this Court, they shall be removed from any such list.

D.  On or before February 21, 2020, Father and Mother shall execute any and all necessary documents to allow the minor child to travel to the Czech Republic with Father.

E.  All pending US actions (including this action and the Family Court action pending in Harnett County, North Carolina filed by Father) shall be held in abeyance until the Father travels to the Czech Republic with Child. Once Child has left the United States, and arrives safely in the Czech Republic, the parties shall immediately enter a Stipulation of Dismissal dismissing this action, with the parties bearing their own costs.

F.  Father shall file a copy of this Order in the Harnett County District Court, and once Child has left the United States and is in the Czech Republic, the parties shall immediately enter a Consent Order ending the Harnett County District Court action.

Based on the parties' agreement as set forth above and reflected by the signatures of counsel below, this Order renders this action as moot. The Court shall temporarily retain jurisdiction of this matter to ensure the parties' compliance with this agreement, after which all pending US actions shall be immediately dispensed with as set forth above.

**SO ORDERED**, this the 20th day of February, 2020.

_____
The Honorable Louise W. Flanagan
United States District Court Judge

**WE SO MOVE:**

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: /s/ Fred M. Wood, Jr.
Fred M. Wood, Jr.
N.C. Bar No. 18437
E-Mail: fred.wood@nelsonmullins.com
One Wells Fargo Center – 23rd Floor
301 S. College St.
Charlotte, NC 28202
Telephone: (704) 417-3059
Fax: (704) 377-4814

Stuart Russell
N.C. Bar No. 34959
E-Mail: stuart.russell@nelsonmullins.com
The Knollwood – Suite 530
380 Knollwood Street
Winston-Salem, NC 27103
Telephone: (336) 774-3325
Fax: (336) 774-3299

*Attorneys for Veronika Tvrdy, Petitioner*

**I SO CONSENT:**

_____
Pavel Tvrdy, Respondent